United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-17879-ref
Angel Mercado                                                             Chapter 13
Felicia E. Mercado
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: Keith                 Page 1 of 2              Date Rcvd: Dec 01, 2017
                                Form ID: pdf900             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2017.
```
db/jdb         +Angel Mercado,    Felicia E. Mercado,    1422 Lacrosse Avenue,    Reading, PA 19607-2126
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13832488       +Acc Adv Agnc,    510 North Park Road,    Wyomissing, PA 19610-2941
13832490        BB&T Home Improvement,    8007 Corporate Drive,    Ste D,    Greensboro, NC 27410
13832489       #+Bank of America,    NC4-105-03-14,    PO Box 26012,    Greensboro, NC 27420-6012
13832492       +Comenity Bank/Bon Ton,    3100 Easton Square Pl,    Columbus, OH 43219-6232
13832493       +Comenity Capital/Boscovs,    PO Box 182125,    Columbus, OH 43218-2125
13858462        Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
                 Carol Stream, IL  60197-5008
13939262       +Mendelsohn and Mendelsohn, P.C.,    637 Walnut Street,    Reading, PA 19601-3524
13920003       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13832518       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13832497       +Trident Asset Management,    PO Box 888424,    Atlanta, GA 30356-0424
13832498       +Verizon,    500 Technology Drive,    Suite 500,    Weldon Spring, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: robertsl2@dnb.com Dec 01 2017 07:38:25     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 01 2017 07:38:13
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 01 2017 07:38:27     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2017 07:37:39      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13832491       +E-mail/Text: banko@berkscredit.com Dec 01 2017 07:37:59      Berks Credit and Collections,
                 P.O. Box 329,    Temple, PA 19560-0329
13821299        E-mail/Text: camanagement@mtb.com Dec 01 2017 07:38:00      M&T Bank,   Attn. Bankruptcy,,
                 1100 Wehrle Drive 2nd Floor,    Buffalo, NY 14221
13842605        E-mail/Text: camanagement@mtb.com Dec 01 2017 07:38:00      M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240-0840
13832517        E-mail/Text: camanagement@mtb.com Dec 01 2017 07:38:00      M&T Bank,   PO Box 844,
                 Buffalo, NY  14240
13832494       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 01 2017 07:38:19      Midland Funding,
                 2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
13832495       +E-mail/PDF: cbp@onemainfinancial.com Dec 01 2017 07:37:37      Onemain Financial/Citifinancial,
                 6801 Colwell Blvd.,    Ntsb-2320,    Irving, TX 75039-3198
13832496        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 01 2017 07:37:34
                 Portfolio Recovery,    PO Box 41067,    Norfolk, VA 23541
13863597        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 01 2017 07:37:34
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13872939       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 01 2017 07:37:41
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13891668        E-mail/Text: bnc-quantum@quantum3group.com Dec 01 2017 07:38:02
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13876998        E-mail/Text: bnc-quantum@quantum3group.com Dec 01 2017 07:38:02
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                               TOTAL: 15
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-4              User: Keith                    Page 2 of 2                   Date Rcvd: Dec 01, 2017
                                  Form ID: pdf900                Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2017 at the address(es) listed below:
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Angel  Mercado tobykmendelsohn@comcast.net
              BRENNA HOPE MENDELSOHN    on behalf of Joint Debtor Felicia E. Mercado tobykmendelsohn@comcast.net
              DENISE ELIZABETH CARLON    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :

ANGEL MERCADO
FELICIA E. MERCADO

                              : Bankruptcy No. 16-17879REF
      Debtor(s)            : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: November 30, 2017**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

BRENNA H MENDELSOHN ESQ
MENDELSOHN & MENDELSOHN PC
637 WALNUT ST
READING PA 19601-

ANGEL MERCADO
FELICIA E. MERCADO
1422 LACROSSE AVENUE
READING,PA.19607